**Order filed June 5, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01106-CR
_____

**DOUGLAS WAYNE RING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 64814**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g) (2), that it must inspect the original of **State's exhibit 42, a video.**

The clerk of the 23rd District Court is directed to deliver to the clerk of this court the original of State's exhibit 42, a video, on or before **June 20, 2014.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit 42, a video, to the clerk of the 23rd District Court.

PER CURIAM